AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Courts
Southern District of Texas
FILED

DEC 08 2022

Nathan Ochsner, Clerk of Court

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   V-22-67M |
| Magali ROSA | ) | |
| Juan Antonio CHARLES | ) | |
| Bernice Annette GARZA | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   June 1, 2022 to December 7, 2022   in the county of   Victoria   in the
Southern   District of   Texas  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1324(a)(1)(A)(v)(I): | Engages in conspiracy knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Renee Tuinstra, HSI Special Agent
*Printed name and title*

Sworn by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim. P.4.1, and probable cause found:

Date: **December 08, 2022**

*Judge's signature*

City and state:   Corpus Christi, TX

Jason B. Libby, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Renee N. Tuinstra, being first duly sworn, hereby depose and state the following:

I am a Special Agent with United States Department of Homeland Security, Homeland Security Investigations (HSI), and I have been employed in this position since August 2015. My responsibilities includes investigating criminal violations relating to offenses committed against the United States namely, but not limited to, immigration violations, controlled substances violations, financial crimes, organized crime, and child exploitation. Prior to my employment as a Special Agent, I was employed as a United States Border Patrol Agent for approximately ten years with additional law enforcement and investigative experience with both state and county governments. I have participated in several human smuggling investigations as well as related enforcement activities. I am familiar with the means and methods of operation used by human smugglers and/or traffickers.

This affidavit is based on evidence and information uncovered during the course of a criminal investigation conducted by the affiant and other law enforcement officers and is only intended to show that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

On December 7, 2022, Victoria County Sheriff's Office (VCSO) Highway Interdiction Units were conducting traffic enforcement operations on U.S. Highway 59 when they observed a 2015 Chevrolet minivan passing their location. A few miles outside of Victoria, TX city limits, VCSO Interdictor Deputy Andrew Carrizales performed a motor vehicle traffic stop on the 2015 Chevrolet minivan for violations of Texas Transportation Code 547.609 (Requiring one label for each vehicle regardless of how many windows had sun screening devices applied to them). This 2015 Chevrolet vehicle is registered to the 229th District Attorney's Office in Rio Grande City, Texas, and had a District Attorney's Office emblem on the side of the vehicle. VCSO Interdictors had previously received information that this vehicle was making numerous unauthorized trips to the Houston area and was suspected of being involved in some type of criminal activity on these trips.

Initially upon contact, Deputy Carrizales noticed that a backseat passenger, later identified as Juan Antonio CHARLES, was trying to overtalk him, answer the questions being asked of the driver, and insisted the Deputy go back to his vehicle to run the insurance. The driver of the vehicle, later identified as Magali ROSA, gave contradicting information about her employment, her use of the van, and insisted several times that the District Attorney (DA) of Starr County was Bernice GARZA. It was only after Deputy Carrizales looked up the Starr County District Attorney's website that ROSA admitted the DA was not GARZA. ROSA stated that the backseat passenger, Juan Antonio CHARLES, was her husband and that he had a gun in his possession. Deputy Carrizales found it suspicious ROSA was transporting her husband in a government vehicle, and that he would have gun on his person under these circumstances.

Deputy Carrizales observed odd or nervous behaviors in the other passengers in the vehicle. All four of the passengers were wearing what appeared to be brand new clothing and shoes. The front seat passenger, later identified as Brenda MORENO-Rosales, told Deputy Carrizales that she was a victim, and about a court date in a manner that Deputy Carrizales described as "rehearsed". While Deputy Carrizales was speaking with MORENO-Rosales, he noticed her carotid artery was visibly pulsating. Deputy Carrizales also spoke with another passenger identified as Jose de Jesus GUALAJARA-Carrillo and stated during this interaction Mr. GUALAJARA-Carrillo was visibly trembling. Given all these facts, Deputy Carrizales suspected some of the passengers in the vehicle to be undocumented aliens (UDAs) and requested Homeland Security Investigation (HSI) Agents to respond. HSI Special Agents (SA) Renee Tuinstra and Jacob Moya responded to the location of the traffic stop and helped determine that four of the individuals in the vehicle were not citizens and nationals of the United States, nor had they requested or been granted permission to legally enter, stay or reside in the United States. At this time, all occupants of the vehicle were taken into custody for an investigative detention and transported to the Victoria County Sheriff's Office for further questioning.

Once at the VCSO Office, Special Agent Renee Tuinstra read ROSA a copy of the Department of Homeland Security Statement of Rights, which ROSA acknowledged that she understood, and signed a written copy of these rights. ROSA then told Agent Tuinstra, and later

2

Investigator Trinidad Lopez of the Starr County District Attorney's Office that her friend named Bernice GARZA recruited her to help transport undocumented aliens (UDA) from Rio Grande City, TX area to the Houston, TX area. Bernice GARZA is employed by the 229th Judicial District Attorney's office as a Crime Victims Coordinator, and is assigned the vehicle that ROSA, CHARLES and the UDAs were arrested in. ROSA stated that GARZA had come to her (ROSA's) home this morning, and that ROSA and GARZA left from Rio Grande City in the DA's marked unit and proceeded to the Hebbronville Border Patrol Checkpoint. At that time, GARZA was the driver and ROSA a passenger. Once they had passed through the Checkpoint, GARZA, ROSA and the UDAs met with Juan CHARLES and another unnamed co-conspirator at the courthouse in Hebbronville. At the courthouse, GARZA got into the vehicle with unnamed co-conspirator and went back towards Rio Grande City. ROSA and CHARLES then proceeded north towards Houston, TX until being stopped by the Victoria County Deputies.

ROSA stated that she has been engaging in human smuggling activities with GARZA and CHARLES since around June of 2022. The UDAs were dropped off by load drivers at a park near the home of ROSA and CHARLES. ROSA or CHARLES would then pick up the UDAs, take their money to purchase new clothes for the UDAs, and feed and house them for a few days before the trip to Houston. When the trip to Houston could be arranged, GARZA would come in the government vehicle and pick up ROSA and the UDAs and proceed north.

ROSA admitted to making approximately forty-six (46) prior trips from Rio Grande City, TX to Houston, TX with undocumented aliens. ROSA stated that on every trip, GARZA has driven the undocumented aliens through the Border Patrol Checkpoint, almost always in the marked DA vehicle, and then ROSA and CHARLES would take them the rest of the way to Houston. There were a few occasions in which GARZA also drove the undocumented aliens all the way to Houston. ROSA stated that GARZA had given her both the 229th Judicial District Attorney's Office vehicle, a District Attorney's badge, which was very visibly displayed on the driver's sun visor and on this particular trip, fraudulent court papers naming the UDAs as crime victims. In addition, GARZA had given ROSA information about the victim program and taught ROSA and CHARLES how to coach the UDAs to answer questions if asked by law enforcement.

3

ROSA said that the undocumented aliens would pay her/them $3,000 USD when they arrived at Houston, TX. ROSA was able to identify Bernice GARZA in a photo line-up.

Juan Antonio CHARLES was then interviewed by Special Agent Renee Tuinstra and VCSO Deputy Ricardo Montemayor. Special Agent Renee Tuinstra read CHARLES a copy of the Department of Homeland Security Statement of Rights, which CHARLES acknowledged that he understood, and he signed a written copy of these rights. CHARLES confirmed the details in ROSA's statements about today's trip, including Bernice GARZA's involvement, consent for them to take the government vehicle, providing the fraudulent papers, and the past trips in which they had engaged in human smuggling in the government vehicle. CHARLES stated that they have been involved in human smuggling with GARZA for approximately four months, making 2-3 trips a week and transporting 3-4 UDAs on each trip. CHARLES said that it was usually his wife ROSA that GARZA made the plans with, and that the UDAs paid them when they arrived in Houston, but that GARZA has sent him money for his role in the human smuggling via a wire transfer service on at least one occasion. CHARLES was also able to provide the complete name of Bernice GARZA as the person involved in smuggling the UDAs with him and ROSA, and the person that was providing the government vehicle to them.

HSI Special Agents Brian Chapa, Rolando Lerma and Texas Department of Public Safety Texas Ranger Elias Escalon interviewed Bernice GARZA. GARZA admitted that she had been the original driver of the government vehicle that was transporting the undocumented aliens until they had passed through the Hebbronville Border Patrol Checkpoint. She also admitted to being involved in the human smuggling conspiracy with ROSA and CHARLES, and that they had made over forty (40) trips to transport undocumented aliens from the Rio Grande City, TX area to the Houston, TX area. She also admitted to knowingly turning over the government vehicle and her badge to ROSA and CHARLES so that they could complete the smuggling activities under the guise of official 229th Judicial District Attorney's Office business.

HSI Special Agents Jacob Moya and Carl Marshal interviewed all UDAs present in the vehicle. Jose de Jesus GUALAJARA-Carrillo is a Mexican national, born in Jalisco, Mexico. He claims that he illegally entered the United States by crossing the Rio Grande River near

4

Reynosa, Mexico (Pharr, Texas) four days prior on December 3, 2022. GUALAJARA claimed that he had paid between $8,000 and $9,000 USD to be smuggled into the United States. After crossing, he was transported to a stash house where he stayed four days with a female caretaker of the stash house who he estimated was 37-38 years of age. While there, he provided the caretaker money to go out and purchase a new set of clothing for him. This morning, (December 7, 2022), GUALAJARA was loaded into a vehicle where a woman was driving, and a man occupied the front passenger seat. GUALAJARA stated that during the trip, the male passenger told the smuggled undocumented aliens that they were going to "a house for victims", or "safe house", located in Houston, Texas.

Oscar Armando MENDOZA-Villalta is a Honduran national from the city of Tegucigalpa. He has been residing in Monterrey, Nuevo Leon, Mexico just prior to crossing the Rio Grande River, illegally entering the United States near Hidalgo, TX approximately three days ago. He believes that his family paid about $10,000 for him to be smuggled into the United States. He was transported to a stash house where he remained until this morning. This morning, he and other subjects in the house were loaded into a vehicle that was being driven by a woman and had a man in the front passenger seat. Both smugglers spoke English and Spanish. As they traveled, the man and the woman had them practice learning to say "yes" and "yes, sir" in the English language, in preparation for being asked if they were a U.S. Citizens as they passed through the Border Patrol checkpoint. When the vehicle was stopped by law enforcement, the female driver was asked to exit the vehicle and speak with the officer. At that time, the male in the front passenger seat told the smuggled undocumented aliens not to worry, as they get stopped all the time. He then coached them that, if asked, they should state that they were being transported to be witnesses in court.

The third and fourth smuggled aliens were identified as Brenda Veronica MORENO-Rosales, and her minor child (8 years of age). MORENO-Rosales did not provide any exculpatory information and was not detained as a material witness for humanitarian reasons.

5

## CONCLUSION

Based on the above details within this affidavit, your affiant believes probable cause exists for the arrest of Magali ROSA, Juan Antonio CHARLES, and Bernice Annette GARZA for the violation of Title 8 United States Code (USC) 1324(a)(1)(A)(v)(I) Engages in conspiracy knowing or in reckless disregard of the fact that an alien has come to, entered, or remains in the United States in violation of law, transports, or moves or attempts to transport or move such alien within the United States by means of transportation or otherwise, in furtherance of such violation of law.

Reneé Tuinstra
HSI Special Agent
Submitted by reliable electronic means, sworn to, signature attested telephonically, on 12/08/2022.

Jason B. Libby, U.S. Magistrate Judge

6