UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

United States Courts
Southern District of Texas
F I L E D

AUG 17 2023

Nathan Ochsner
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § § | |
| v. § § | CRIMINAL NUMBER V-22-95S |
| MAGALI ROSA § JUAN ANTONIO CHARLES § BERNICE ANNETTE GARZA § | |

## SUPERSEDING INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Between on or about June 1, 2022, to on or about December 7, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

MAGALI ROSA,
JUAN ANTONIO CHARLES,
and
BERNICE ANNETTE GARZA,

knowingly and in reckless disregard of the fact that aliens had come to, entered, and remained in the United States in violation of law, did knowingly and intentionally conspire together with each other, and with other persons known and unknown to the Grand Jury, to transport, move, attempt to transport, and attempt to move said aliens within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(I), and 1324(a)(1)(B)(i).

## COUNT TWO

On or about December 7, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

MAGALI ROSA,
JUAN ANTONIO CHARLES,
and
BERNICE ANNETTE GARZA,

did knowingly and in reckless disregard of the fact that Jose de Jesus Gualajara-Carrillo was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT THREE

On or about December 7, 2022, in the Victoria Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendants,

MAGALI ROSA,
JUAN ANTONIO CHARLES,
and
BERNICE ANNETTE GARZA,

did knowingly and in reckless disregard of the fact that Oscar Armando Mendoza-Villalta was an alien who had come to, entered, and remained in the United States in violation of law, transport, move, attempt to transport, and attempt to move said alien within the United States in furtherance of such violation of law by means of a motor vehicle.

In violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), 1324(a)(1)(A)(v)(II), and 1324(a)(1)(B)(ii).

## COUNT FOUR

On or about October 30, 2018, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

## JUAN ANTONIO CHARLES,

knowingly possessed a firearm in and affecting interstate and foreign commerce, to wit;

a) a Smith & Wesson, SD9VE, 9mm pistol bearing serial number FZH3072;

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT FIVE

On or about September 29, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

## JUAN ANTONIO CHARLES,

knowingly possessed two (2) firearms in and affecting interstate and foreign commerce, to wit;

b) a Windham Weaponry, WW-15, 5.56mm rifle bearing serial number YE027566;

c) a Windham Weaponry, WW-15, 5.56mm rifle bearing serial number YE027537;

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SIX

On or about October 8, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

knowingly possessed a firearm in and affecting interstate and foreign commerce, to wit;

d) a Glock, 23, .40 caliber pistol bearing serial number AFZN682;

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT SEVEN

On or about October 31, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

knowingly possessed two (2) firearms in and affecting interstate and foreign commerce, to wit;

e) a Glock, 17, 9mm pistol bearing serial number BSVZ218;

f) a Glock, 19, 9mm pistol bearing serial number BUYT205;

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT EIGHT

On or about November 1, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

knowingly possessed three (3) firearms in and affecting interstate and foreign commerce, to wit;

g) a Glock, 19, 9mm pistol bearing serial number BUPG692;

h) a Glock, 19, 9mm pistol bearing serial number BURB716;

i) Glock, 45, 9mm pistol bearing serial number BVAG086

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT NINE

On or about November 18, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

knowingly possessed two (2) firearms in and affecting interstate and foreign commerce, to wit;

j) a Century Arms, VSKA, 7.62x39mm rifle bearing serial number SV7076040;

k) a Century Arms, VSKA, 7.62x39mm rifle bearing serial number SV7096160;

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TEN

On or about December 6, 2021, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JUAN ANTONIO CHARLES,

knowingly possessed two (2) firearms in and affecting interstate and foreign commerce, to wit;

l) a Pietro Beretta, M9A3, 9mm pistol bearing serial number B036968Z;

m) a Beretta, M9-ASSY, 9mm pistol bearing serial number M9-240897;

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT ELEVEN

On or about February 27, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

JUAN ANTONIO CHARLES,

knowingly possessed a firearm in and affecting interstate and foreign commerce, to wit;

n) a Smith & Wesson, M&P9 Shield EZ, 9mm pistol bearing serial number RFU1952;

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWELVE

On or about November 18, 2022, in the Southern District of Texas and elsewhere within the jurisdiction of the Court, the defendant,

## JUAN ANTONIO CHARLES,

knowingly possessed a firearm in and affecting interstate and foreign commerce, to wit;

o) a Zastava Arms, ZPAP92, 7.62x39mm pistol bearing serial number Z92-109573

having previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year (a felony offense) and knowing that he was a person who has been convicted of a felony offense.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

## COUNT THIRTEEN

On or about October 30, 2018, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

## JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of a firearm from Academy Sports and Outdoors Store #131, McAllen, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Academy Sports and Outdoors Store #131, which statement was intended and likely to deceive Academy Sports and Outdoors Store #131, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 11(c) by checking the box indicating "No" to the following question:

> 11(c) "Have you been convicted in any court of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 11(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FOURTEEN

On or about September 29, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of two firearms from AMCLO Home and Hardware, Roma, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to AMCLO Home and Hardware, which statement was intended and likely to deceive AMCLO Home and Hardware, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

> 21(c) " Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

8

## COUNT FIFTEEN

On or about October 8, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

## JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of a firearm from AMCLO Home and Hardware, Roma, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to AMCLO Home and Hardware, which statement was intended and likely to deceive AMCLO Home and Hardware, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

21(c) "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SIXTEEN

On or about October 31, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

## JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of two firearms from AMCLO Home and Hardware, Roma, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title

9

18, United States Code, did knowingly make a false and fictitious written statement to AMCLO Home and Hardware, which statement was intended and likely to deceive AMCLO Home and Hardware, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

> 21(c) "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT SEVENTEEN

On or about November 1, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of three firearms from Glick Twins, Pharr, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Glick Twins, which statement was intended and likely to deceive Glick Twins, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

> 21(c) "Have you ever been convicted in any court, including a military court, of a

> felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT EIGHTEEN

On or about November 18, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of two firearms from Point Blank Sporting Goods, Pharr, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Point Blank Sporting Goods, which statement was intended and likely to deceive Point Blank Sporting Goods, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

> 21(c) "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT NINETEEN

On or about December 6, 2021, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

11

JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of two firearms from AMCLO Home and Hardware, Roma, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to AMCLO Home and Hardware, which statement was intended and likely to deceive AMCLO Home and Hardware, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

> 21(c) "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWENTY

On or about February 27, 2022, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of a firearm from Academy Sports and Outdoors Store #131, McAllen, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to Academy Sports and Outdoors Store #131, which statement was intended and likely to deceive Academy Sports and Outdoors Store #131, as to a fact material to the lawfulness of such acquisition of the

said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

> 21(c) "Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWENTY-ONE

On or about November 18, 2022, in the Southern District of Texas and within the jurisdiction of the Court, the defendant,

### JUAN ANTONIO CHARLES,

in connection with the attempted acquisition of a firearm from AMCLO Home and Hardware, Roma, Texas, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did knowingly make a false and fictitious written statement to AMCLO Home and Hardware, which statement was intended and likely to deceive AMCLO Home and Hardware, as to a fact material to the lawfulness of such acquisition of the said firearms to the defendant under Chapter 44 of Title 18, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, Firearms Transaction Record, and provided the response to question 21(c) by checking the box indicating "No" to the following question:

> 21(c) " Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation?"

when in fact as the defendant then knew, the answer to the question posed in question 21(c) was

Yes.

In violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as alleged in Counts Four through Eleven of the Indictment, notice is given that the defendant,

### JUAN ANTONIO CHARLES,

shall forfeit to the United States any firearm and ammunition used in commission of the offense, including, but not limited to, the following:

a) a Smith & Wesson, SD9VE, 9mm pistol bearing serial number FZH3072;

b) a Windham Weaponry, WW-15, 5.56mm rifle bearing serial number YE027566;

c) a Windham Weaponry, WW-15, 5.56mm rifle bearing serial number YE027537;

d) a Glock, 23, .40 caliber pistol bearing serial number AFZN682;

e) a Glock, 17, 9mm pistol bearing serial number BSVZ218;

f) a Glock, 19, 9mm pistol bearing serial number BUYT205;

g) a Glock, 19, 9mm pistol bearing serial number BUPG692;

h) a Glock, 19, 9mm pistol bearing serial number BURB716;

i) Glock, 45, 9mm pistol bearing serial number BVAG086

j) a Century Arms, VSKA, 7.62x39mm rifle bearing serial number SV7076040;

k) a Century Arms, VSKA, 7.62x39mm rifle bearing serial number SV7096160;

l) a Pietro Beretta, M9A3, 9mm pistol bearing serial number B036968Z;

m) a Beretta, M9-ASSY, 9mm pistol bearing serial number M9-240897;

n) a Smith & Wesson, M&P9 Shield EZ, 9mm pistol bearing serial number RFU1952

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

## NOTICE OF CRIMINAL FORFEITURE

Pursuant to Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c), as a result of the commission of a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8), as alleged in Count Twelve of the Indictment, notice is given that the defendant,

## JUAN ANTONIO CHARLES,

shall forfeit to the United States any firearm and ammunition used in commission of the offense, including, but not limited to, the following:

o) Zastava Arms, ZPAP92, 7.62x39mm pistol bearing serial number Z92-109573

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

A TRUE BILL:
ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ALAMDAR S. HAMDANI
UNITED STATES ATTORNEY

By: *Patti Hubert Booth*
PATTI HUBERT BOOTH
Assistant United States Attorney